| | |
|---|---|
| PLEASE COMPLETE THIS INFORMATION<br><br>RECORDING REQUESTED BY:<br><br>**Deborah P. Gutierrez, Esq.**<br><br>WHEN RECORDED MAIL TO:<br>Deborah P. Gutierrez, Esq.<br>Prosper Law Group, LLP<br>6100 Center Drive Suite 1050<br>Los Angeles, CA 90045 | THE ORIGINAL OF THIS DOCUMENT<br>WAS RECORDED ON SEP 22, 2011<br>DOCUMENT NUMBER 2011-0492406<br>Ernest J. Dronenburg, Jr., COUNTY RECORDER<br>SAN DIEGO COUNTY RECORDER'S OFFICE<br>TIME: 11:51   AM |

(THIS SPACE FOR RECORDER'S USE ONLY)

# Notice of Lis Pendens

(Document Title)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPEACE FOR RECORDING INFORMATION (GOVT. CODE 27361.6)
(additional recording fee applies)

PROSPER LAW GROUP, LLP
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone:  (310) 893-6203
Facsimile:   (310) 988-2930
Email:        deborah@prosperlaw.com

Attorneys for Plaintiff,
Gregory Johnson

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. 11-cv-2091-JM-WVG<br><br>**NOTICE OF LIS PENDENS**<br><br>[CCP Section 405.20] |

NOTICE IS HEREBY GIVEN that the above-entitled action was commenced in the above-entitled court on September 12, 2011, by Gregory Johnson, Plaintiff, against defendants HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,

The action relates to title to specific real property and the right to ownership and possession of specific real property located at 1522 Avenida Andante, Oceanside, California 92056. Plaintiff claims an ownership interest in said property based upon title, and alleges that said defendants are attempting foreclosure on said real property without right, authority, or legal standing. Plaintiff's complaint states causes of action Declaratory Relief [28 U.S.C. §§ 2201, 2202], Negligence, Quasi Contract, Violation of 12 U.S.C. § 2605, Violation Of 15 U.S.C. § 1692, et seq., Violation Of California Business And Professions Code Section 17200, et seq., Accounting. Said real property is more particularly described as:

**LOT 46 OF RANCHO DEL ORO VILLAGE 1 TRACT NO. 1.6, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THEREOF NO. 11794, FILED IN THE OFFICE OF THE COUNTY RECORDER ON APRIL 22, 1987.**

APN#: 696-0-114-295

Dated:     September 20, 2011          PROSPER LAW GROUP, LLP

                                By:  _/s/ Deborah P. Gutierrez_
                                     Deborah P. Gutierrez,
                                     Attorney for Plaintiff,
                                     Gregory Johnson

# PROOF OF SERVICE

## Gregory Johnson vs HSBC Bank USA, National Association, et al.
## United States District Court – Southern District of California Case No. 3:11-cv-2091-JM-WVG

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6100 Center Drive, Suite 1050, Los Angeles, California 90045. On September 20, 2011, I served the following document(s) by the method indicated below:

**NOTICE OF LIS PENDENS**

[ ]   by transmitting via facsimile on this date from fax number (866) 409-9475 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

(See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 20, 2011, at Los Angeles, California.

*/s/ Sarina L. Mirchandani*

Sarina L. Mirchandani

## Service List

Gregory Johnson vs HSBC Bank USA, National Association, et al.
United States District Court – Southern District of California Case No. 3:11-cv-2091-JM-WVG

<u>Authorized Agent for Defendant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1</u>
c/o C T Corporation System
818 W. Seventh St.
Los Angeles, California 90017

<u>Authorized Agent for Defendant BANK OF AMERICA, N.A.</u>
c/o C T Corporation System
818 W. Seventh St.
Los Angeles, California 90017