BRYAN CAVE LLP
Stuart W. Price, California Bar No. 125918
Sean D. Muntz, California Bar No. 223549
Christina G. Rothschild, California Bar No. 268920
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail:     swprice@bryancave.com
            sean.muntz@bryancave.com
            rothschildc@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:11-cv-2091-JM-WVG<br><br>Assigned to Hon. Jeffrey T. Miller<br><br>**JOINT MOTION TO STAY ACTION FOR 60 DAYS**<br><br>**[NO HEARING REQUIRED]** |

   Plaintiff Gregory Johnson ("Plaintiff"), and Bank of America, N.A. ("Defendant"), by and through their counsel jointly move the Court for an order staying the action for 60 days in the above-captioned matter.

   WHEREAS, Plaintiff filed a complaint in this action on September 12, 2011;

   WHEREAS, the parties intend to make good faith efforts to resolve the matter without the need for further litigation;

514596.1 / 137289

1  NOW THEREFORE, Plaintiff and Defendant agree and stipulate that:

2  1.  The matter be stayed until December 19, 2011 or as soon thereafter as
3  the Court's calendar allows;

4  2.  During the stay, Defendant shall not foreclose on the property located
5  at 1522 Avenida Andante, Oceanside, CA 92056;

6  3.  Defendant shall have up to and including seven days from the date this
7  stay expires to respond to the Complaint.

8  Based upon the above, the parties respectfully request that the Court approve
9  this Stipulation and sign the proposed order set forth below.

10

11  Dated: October 24, 2011         **PROSPER LAW GROUP, LLP**
                                     Gordon F. Dickson
12                                   Deborah P. Gutierrez
                                     Hazel S. Chu
13

14                                   By:  /s/ Hazel S. Chu
15                                        Hazel S. Chu
                                     Attorneys for Plaintiff
16                                   Gregory Johnson

17

18  Dated: October 24, 2011         **BRYAN CAVE LLP**
                                     Stuart W. Price
19                                   Sean D. Muntz
                                     Christina G. Rothschild
20

21
                                     By:  [signature]
22                                        Christina G. Rothschild
                                     Attorneys for Defendant
23                                   Bank of America, N.A.

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

514596.1 / 137289                              2

**PROOF OF SERVICE**
CCP 1013A(3) REVISED 5/1/88
GREGORY JOHNSON V. HSBC BANK, ET AL. (CASE NO. 3:11-CV-2091-JM-WVG)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: harpers@bryancave.com.

On October 24, 2011, I served the following document(s) described as:

**JOINT MOTION TO STAY ACTION FOR 60 DAYS**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Gordon F. Dickson, Esq.<br>Deborah P. Gutierrez, Esq.<br>Hazel S. Chu, Esq.<br>Prosper Law Corporation, LLP<br>6100 Center Drive, Suite 1050<br>Los Angeles, CA 90045 | *Attorneys for Plaintiff*<br>*Gregory Johnson*<br>Phone:  (310) 893-6200<br>Fax:     (310) 988-2930<br>E-mail: deborah@prosperlaw.com |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2011, at Irvine, California.

Sherry L. Harper

512522.1

PROOF OF SERVICE