UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:11-cv-2091-JM-WVG<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION FOR 60 DAYS**<br><br>Docket No. 8 |

　　　Before the court is the parties' Joint Motion to Stay Action For 60 Days.  Having reviewed the motion and finding good cause so exists, it is hereby ordered that:

　　　1.　　The matter be stayed until December 19, 2011;

　　　2.　　During the stay, Defendant shall not foreclose on the property located at 1522 Avenida Andante, Oceanside, CA 92056;

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

3. Defendants shall have up to and including seven days from the date this stay expires to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
The Honorable Jeffrey T. Miller
United States District Judge