Stuart W. Price, California Bar No. 125918
swprice@bryancave.com
Sean D. Muntz, California Bar No. 223549
sean.muntz@bryancave.com
Christina G. Rothschild, California Bar No. 268920
rothschildc@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:11-cv-02091-JM-WVG<br><br>Hon. Jeffrey T. Miller<br>Courtroom: 16<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT BANK OF AMERICA, N.A.**<br><br>[Filed with Motion to Dismiss; Request for Judicial Notice; and [Proposed] Order]<br><br>Date: March 5, 2012<br>Time: 10:00 a.m.<br>Courtroom: 16<br><br>Complaint Filed: September 12, 2011<br>Trial Date: Not Assigned |

IR01DOCS529746.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2012, at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 16 of the above entitled Court, located at 940 Front Street, San Diego, California 92101-8900, Defendant BANK OF AMERICA, N.A. ("Defendant") will, and hereby does, move the Court for an order dismissing the Complaint filed by Plaintiff GREGORY JOHNSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is made on the following grounds:

Plaintiff's causes of action fail to state a claim against Defendant. In addition, BANK OF AMERICA, N.A. is not liable for any claims arising out the origination of the loan because it did not assume those liabilities when it acquired the loan from the government.

Plaintiff lacks standing to challenge the foreclosure because he does not allege he tendered the full amount of the debt prior to filing this lawsuit. All of plaintiff's claims are not supported by allegation of fact sufficient to constitute a cause of action. Furthermore, many of plaintiff's claims are barred by applicable statute of limitations.

Lastly, plaintiff's claims for declaratory relief and injunctive relief are remedies, not causes of action.

This Motion is based on this Notice of Motion, the Motion to Dismiss with the accompanying Memorandum of Points and Authorities, the Request for Judicial

///
///
///
///
///
///

IR01DOCS529746.1

1

NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1  Notice filed concurrently herewith, all pleadings and records on file in this action,
2  and all briefs, papers, and arguments that the Court may consider.
3
4  Dated: January 26, 2012

        Stuart W. Price
        Sean D. Muntz
        Christina G. Rothschild
        **BRYAN CAVE LLP**

        By: */s/ Christina Rothschild*
            Christina G. Rothschild
        Attorneys for Defendant
        BANK OF AMERICA, N.A.

**PROOF OF SERVICE**
**CCP 1013A(3) REVISED 5/1/88**
**GREGORY JOHNSON V. HSBC BANK, ET AL. (CASE NO. 3:11-CV-2091-JM-WVG)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: amantec@bryancave.com.

On January 26, 2012, I served the following document(s) described as:

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT BANK OF AMERICA, N.A.**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Gordon F. Dickson, Esq. | *Attorneys for Plaintiff* |
| Deborah P. Gutierrez, Esq. | *Gregory Johnson* |
| Hazel S. Chu, Esq. | Phone: (310) 893-6200 |
| Prosper Law Corporation, LLP | Fax: (310) 988-2930 |
| 6100 Center Drive, Suite 1050 | E-mail: deborah@prosperlaw.com |
| Los Angeles, CA 90045 | |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2012, at Irvine, California.

_____
Catherine Amante

512522.1

PROOF OF SERVICE