# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:11-cv-2091-JM-WVG<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AGAINST DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1**<br><br>Doc. 18 |

Based on the parties' Joint Motion to Set Aside Entry of Default Against Defendant HSBC Bank USA, National Association As Trustee For The Ellington Trust Series 2007-1 ("HSBC Bank") filed with the Court on February 28, 2012, IT IS ORDERED as follows:

　　1.　　The default entered on February 22, 2012 by the Clerk of Court against defendant HSBC Bank is hereby vacated;

　　2.　　Defendant HSBC Bank shall respond to the Complaint within 21 days from the date of the entry of this Order.

**IT IS SO ORDERED.**

Dated: March 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge