1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual, | Case No. 3:11-cv-2091-JM-WVG |
| Plaintiff,<br>v. | **ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME** |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br>Defendants. | Docket No. 27 |

Before the court is the parties' Joint Motion to Extend Defendants' Time to Answer.  In October of 2011, the court granted the parties' joint motion for an extension of time to answer the complaint.  The court then granted a joint motion to stay the action for sixty days.  It granted another joint motion for extension of time in January 2012.  Defendant Bank of America, N.A., filed a motion to dismiss on January 26, 2012, which was denied by the court.  Since then, the parties have three times jointly moved for an extension of time to file an answer.

The court does not find good cause to grant the motion for a further extension.  The motion is DENIED.  Defendants are directed to answer the complaint on or before June 7, 2012.

**IT IS SO ORDERED.**

Dated: May 29, 2012

**Jeffrey T. Miller**
**United States District Judge**