**BERGMAN & GUTIERREZ LLP**
Deborah P. Gutierrez, Esq. SBN 240383
Penelope P. Bergman, Esq. SBN 220452
Amanda L. Gray, Esq. SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone:  (310) 893-6203
Facsimile:   (310) 988-2930
Email:        deborah@b-g-law.com

Attorneys for Plaintiff,
Gregory Johnson

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. 11-cv-2091-JM-WVG<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Gregory Johnson and Defendants HSBC Bank USA, National Association As Trustee For The Ellington Trust Series 2007-1 and Bank of America, N.A. ("Defendants") (collectively "the Parties") by and through their counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:    May 14, 2013    **BERGMAN & GUTIERREZ LLP**

By:    */s/ Amanda L. Gray*
Deborah P. Gutierrez
Penelope P. Bergman
Amanda L. Gray
Attorneys for Plaintiff,
Gregory Johnson

Dated:    May 14, 2013    **BRYAN CAVE LLP**

By:    */s/ Allen J. Beck\**
Stuart W. Price
Sean D. Muntz
Allen J. Beck
Attorneys for Defendants,
HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1 and BANK OF AMERICA, N.A.
*\* E-signature approved by counsel*

## Certificate of Service

  Amanda L. Gray, an attorney hereby certifies that on May 14, 2013, in accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California, service of a true and correct copy of this document was accomplished pursuant to ECF on all parties who are Filing Users.


      By: */s/ Amanda L. Gray*
          Amanda L. Gray