# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-1; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:11-cv-2091-JM (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Now before this court is the parties' Joint Motion for Dismissal with Prejudice for all claims against the Defendant pursuant to Federal Rule of Civil Procedure 41(a). The motion is hereby GRANTED, and the Plaintiff's claims against the Defendants are dismissed with prejudice. All parties are to bear their own costs and attorneys' fees. The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**
**Dated:** May 22, 2013

Jeffrey T. Miller
United States District Judge